HELM ET AL. *v*. ARIZONA.

No. 768.   Decided May 16, 1960.

*Irving A. Jennings* for appellants.

*Wade Church,* Attorney General of Arizona, *Leslie C. Hardy,* Chief Assistant Attorney General, and *Jay Dushoff,* Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.